

**LERIE, K.**

v.

**UCBR**

1663 CD 2016

Commonwealth Court of Pennsylvania.

06/28/2017

Unemployment Compensation Board of Review, B–590143

Affirmed

**NE BRADFORD SD**

v.

**NE BRADFORD ED ASSOC., et al.**

2007 CD 2016

Commonwealth Court of Pennsylvania.

06/28/2017

Bradford County Civil Division, 2016 CV 0078

Affirmed

**ROGERS, E.**

v.

**DEPT. OF CORRECTIONS (OOR)**

2068 CD 2016

Commonwealth Court of Pennsylvania.

06/28/2017

Office of Open Records, AP 2016–1911

Affirmed

**PERSON, S.**

v.

**DEPT. OF CORRECTIONS (OOR)**

1763 CD 2016

Commonwealth Court of Pennsylvania.

06/29/2017

Office of Open Records, AP 2016–1547

Affirmed

**PAVLINICH, M.**

v.

**DEPT. OF TRANSPORTATION**

1973 CD 2016

Commonwealth Court of Pennsylvania.

06/29/2017

Beaver County Civil Division, 11029–2016

Affirmed

